**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Jose E. Rosas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. ROSAS,<br><br>         Plaintiff,<br><br>    v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | No. SACV 11-454-PJW<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($3,600.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and NINETY-EIGHT CENTS ($369.98) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 04/10/2012

*/s/ Patrick J. Walsh*
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

*/s/ troymonge*
_____
Troy D. Monge
Attorney for Plaintiff Jose E. Rosas