**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com


Attorney Bar #217035
Attorneys for Jose E. Rosas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. ROSAS, | No. SACV 11-454-PJW |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($3,600.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and NINETY-EIGHT CENTS ($369.98) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 04/10/2012

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1

1   Respectfully submitted,

2   LAW OFFICES OF MARTIN TALLER

3        */s/ troymonge*
     _____

4   Troy D. Monge
     Attorney for Plaintiff Jose E. Rosas

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**